IN THE UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH CAROLINA

| | |
|---|---|
| Gregory Michael Cooley,<br><br>Plaintiff,<br><br>vs.<br><br>Carolyn W. Colvin, Commissioner<br>of Social Security Administration,<br><br>Defendant. | Civil Action No. 1:14-1158-RMG<br><br>**ORDER** |

This matter comes before the Court on Plaintiff's motion for an award of attorney's fees under the Equal Access to Justice Act ("EAJA"), 28 U.S.C. § 2412. (Dkt. No. 26). Plaintiff requested a fee award of $3,646.37, based upon 19.8 hours of attorney time, and costs of $19.44. (Dkt. No. 26-1 at 7). Thereafter, the parties filed a joint stipulation for an award of $3,314.88. (Dkt. No. 27).

The Court has reviewed the joint stipulation of the parties, as well as the supporting underlying documentation, and finds that the total fee request, hours expended, and hourly rates are reasonable and authorized under applicable law. *Gisbrecht v. Barnhart*, 535 U.S. 789 (2002). Therefore, the Court hereby grants an award to Plaintiff in the amount of $3,314.88 for attorney's fees. This award is subject to the Treasury Offset Program, 31 U.S.C. § 3716(c)(1)(B). In the event Plaintiff has no present debt subject to offset and Plaintiff has executed a proper assignment to her counsel, Defendant is directed to make the payment due herein to Plaintiff's counsel. If Plaintiff has no present debt subject to offset and no proper assignment has been

made by Plaintiff to her counsel, Defendant is directed to make the check due pursuant to this Order payable to Plaintiff and to deliver the check to Plaintiff's counsel.

AND IT IS SO ORDERED.

_____
Richard Mark Gergel
United States District Judge

May 12, 2015
Charleston, South Carolina